Christopher J. Bowes, Esq.
54 Cobblestone Drive
Shoreham, NY 11786
Tel. (212) 979-7575
Fax (631) 929-1700
cjbowes@gmail.com

July 21, 2021

<u>Via ECF</u>
Hon Andrew E. Krause
United States Magistrate Judge
United States Courthouse for the SDNY
300 Quarropas Street-room 434
White Plains, New York 10601

         Re: <u>Jones v. Saul</u>
           1:20-cv-07282 (VB)(AEK)

Dear Judge Krause:

 I am writing to request an extension of time in which to file plaintiff's Motion for Judgment on the Pleadings in this case. Plaintiff's papers are due to be filed on July 23, 2021. This is plaintiff's first request for an extension of time.

 I seek additional time due to numerous cases that have consumed more time that contemplated coupled with family matters that are consuming much of my free time that might otherwise be available for work. With the kind consent of opposing counsel, SAUSA Johanny Santana, I respectfully request that the Court approve the following revised briefing schedule:

| | |
|---|---|
| August 23, 2021 | Plaintiff's Motion for Judgment on the Pleadings |
| October 22, 2021 | Defendant's Motion for Judgment on the Pleadings |
| November 5, 2021 | Plaintiff's Reply |

 Thank you for Your Honor's attention to this matter.

                Very truly yours,

                */s/ Christopher J. Bowes*
                Christopher J. Bowes, Esq

cc: Johanny Santana, Esq.
   Attorney for Defendant

APPLICATION GRANTED.

Dated: July 22, 2021

SO ORDERED.

*Andrew Krause*
_____
ANDREW E. KRAUSE
United States Magistrate Judge