UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

Jones,

                Plaintiff,                20 Civ. 7282 (VB) (AEK)

   -against-                         **ORDER**

Saul,

                Defendant.

---------------------------------------------------------------x

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      On August 20, 2021 the Court granted Plaintiff an extension of time until September 8, 2021, to file his motion for judgment on the pleadings. ECF No. 22. This was the second such extension of Plaintiff's briefing deadline. *See* ECF No. 20. The September 8 deadline has now passed, and Plaintiff has neither filed his motion nor contacted the Court to request an additional extension of time in which to do so. Accordingly, the Court *sua sponte* will allow Plaintiff one additional week from today—until **September 21, 2021**—to serve and file his motion for judgment on the pleadings (or to request what would amount to a *fourth* extension of time in which to do so). Defendant has until November 22, 2021 to serve and file a motion for judgment on the pleadings and/or opposition to Plaintiff's motion; and Plaintiff has until December 6, 2021 to file his reply papers.

Dated: September 14, 2021
       White Plains, New York

                                                     **SO ORDERED.**

                                         ANDREW E. KRAUSE
                                         United States Magistrate Judge